DANIEL G. BOGDEN
United States Attorney
Alexandra Michael
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-mj-315-CWH |
| Plaintiff, | CRIMINAL COMPLAINT |
| vs. | VIOLATIONS: |
| Jay Yang | Title 18, U.S.C. § 1708, Theft or Receipt of Stolen Mail, Title 18, U.S.C. §§ 922 (g)(1) and 924(a)(2), Prohibited person in possession of a firearm |
| Defendant. | |

**BEFORE** the United States Magistrate Judge, Las Vegas, Nevada, the undersigned complainant, being duly sworn, deposes and states:

### Count One
*(Theft or Receipt of Stolen Mail)*

On or between April 1, 2016 and May 6, 2016, in the State and Federal District of Nevada,

**Jay Yang**

the defendant herein, did unlawfully have in his possession articles and things, to wit: mail addressed from a business (Indurante & Associates, INC) that operates at 1930 Village Center Circle, Suite 3, PMB 442, Las Vegas, NV 89134, and various other items of mail which had previously been contained inside of a secured blue collection mailbox, said mail having been stolen, taken, embezzled and abstracted therefrom, knowing the same to have been stolen, taken, embezzled and abstracted, in violation of Title 18, United States Code, Section 1708.

1

**Count Two**
*(Felon in Possession of Firearm)*

On or about May 6, 2016, in the State and Federal District of Nevada,

**Jay Yang**

defendant herein, having been convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possesses a firearm, to wit: a Phoenix Arms model HP22 .22LR pistol, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Complainant, as a U.S. Postal Inspector for the United States Postal Inspection Service, states the following as and for probable cause:

1. I am a United States Postal Inspector assigned to the Phoenix Division of the United States Postal Inspection Service (Inspection Service), and have been so employed since June 2015.

2. I graduated from the United States Postal Inspection Service Federal Law Enforcement Training Academy in 2015 and have received training in investigating violations of federal laws, including Title 18, United States Code, Section 1708, Section 1704, and Section 1028.

3. I am currently assigned to the External Crimes Team in Las Vegas, NV. The External Crimes Team investigates postal related crimes including the theft of United States Mail, United States Postal Service related robberies, burglaries, identity theft, check and credit card fraud. I have the following education and training: I received a Bachelor's Degree in Chemistry from Benedictine College in Atchison, KS. I received federal law enforcement training from the Inspection Service in the areas of mail fraud, mail theft, identity theft, and credit card fraud. I have investigated cases involving theft of mail, robberies, identity theft, check fraud, and credit card

fraud. I have interviewed witnesses and cooperating individuals regarding mail theft and identity theft and have read official reports of other officers.

4. Because this affidavit is submitted for the limited purpose of supporting a criminal complaint, I have not included each and every fact known concerning this investigation. I have set forth only the facts believed necessary to establish probable cause that **Jay Yang** has committed a violation of Title 18, United States Code, Section 1708 and Title 18, United States Code, Section 371, Title 18, United States Code, Section 922(g)(1) and 924(a)(2). This affidavit is in support of a criminal complaint filed against **Jay Yang**.

5. The Inspection Service is currently conducting an investigation of extensive mail theft in the Henderson and Las Vegas, NV area. Many items stolen from the U.S. Mail are checks, credit cards, bank statements, financial information, and personal identifying information. Personal checks and credit cards taken from these mailboxes are frequently fraudulently used. Personal and business checks are often chemically "washed" to remove the handwritten or typed ink so the checks can be made payable to a different payee in different amounts. Financial information stolen from the U.S. Mail is commonly used to create counterfeit checks using commercially available computer software. Personal identifying information is frequently used to assume the identity of victims whose mail was stolen, then used to open banking or credit accounts or fraudulently used to add unauthorized users to existing victim accounts.

6. Recent reports from the United States Postal Service reflect several incidents of mail theft in Henderson and Las Vegas, NV. In those reports, Postal Service management indicated that contents from inside blue collection mailboxes (collection mailbox) were removed by a sticky tape like substance attached to string. In most reports, a shoe string was attached to a piece of cardboard, which was covered in glue. The device was subsequently inserted inside of a collection mailbox. The mail inside the collection box sticks to the glue encrusted cardboard and is

removed by the device. This mail removal is called "fishing". The device used to remove mail from a collection box is referred to as a "fishing device".

7. During the past six months, multiple fishing devices have been found stuck or trapped inside of collection boxes at Post Offices throughout Las Vegas and Henderson, NV. Specifically, Summerlin Post Office located at 1611 Spring Gate Lane, Las Vegas, NV 89134, has recovered multiple fishing devices from collection boxes.

8. During the month of April 2016, the Inspection Service learned about "fishing" activities at the Summerlin Post Office, 1611 Spring Gate Lane, Las Vegas, NV 89134. The Inspection Service currently has surveillance cameras located at Summerlin Post Office. The surveillance cameras monitor the three blue collection boxes located in the parking lot on a 24-hour basis. The purpose of the cameras is to identify vehicles used to "fish" from the blue collection boxes.

9. On April 6, 2016, I obtained recorded video surveillance from the surveillance cameras at the Summerlin Post Office. Upon reviewing the video footage, a pattern of "fishing" activity was discovered.

10. Specifically, on April 5, 2016, at 2:17 AM, a dark colored GMC Yukon, approaches and stops at the collection boxes. The driver, a slim build possibly Asian or white male with short hair, is seen exiting the vehicle, placing a fishing device into the second collection box, and then attempting to retrieve the fishing device from the collection box unsuccessfully. The driver then approaches the first collection box, inserts the fishing device into the collection box, loses the device, gets into the vehicle, and drives away. The video from April 5, 2016 does not show a readable license plate.

11. According to surveillance video, the dark colored GMC Yukon returns to Summerlin Post Office the next three days, April 6, 7 and 8, 2016, at 3:55 AM, 12:52 AM, and

12:50 AM respectively. The same pattern exhibited on April 5, 2016 is captured on video the subsequent days where the dark colored GMC Yukon approaches the collection boxes; the driver, a slim build possibly Asian or white male with short hair, exits the vehicle, places a fishing device into the collection box, retrieves the device, removes any mail, places the mail into the vehicle, and repeats. No passengers can be seen in the video. No discernable license plate can be obtained from the video.

12. The surveillance video from April 7, 2016, at 2:14 PM, shows a Budget rental truck with Oklahoma license plate 2QD483 approaching the same collection boxes approached by the dark colored GMC Yukon. The driver, a slim build Asian male with short hair, can be seen exiting the vehicle, the driver then places a fishing device into the collection box, retrieves the device, places a piece of mail into the vehicle, repeats the process multiple times before he enters the vehicle, and leaves.

13. The surveillance video from April 9, 2016, at 6:14 AM, shows the dark colored GMC Yukon approaching the collection box at Summerlin Post Office, stopping, then driving away. Another vehicle can be seen approaching the collection box and the driver appears to insert mail into the box. The video then shows the dark colored GMC Yukon returning to the collection box after the other vehicle leaves. The driver, a slim build Asian male with short hair, from the previous videos is seen exiting the Yukon, placing a fishing device into the collection box, retrieving the device, retrieving mail, placing mail in the vehicle and driving off in the dark colored GMC Yukon. This time the camera at Summerlin Post Office obtained the dark colored GMC Yukon's California license plate 7RIV310 because of the better lighting from the daylight.

14. On April 11, 2016, I conducted a DMV records check for the dark colored GMC Yukon bearing California license plate 7RIV310 and obtained the vehicle registration information. The vehicle is registered to Prestige Motors, a car rental company. Prestige Motors is

5

located at 5115 Dean Martin Dr. 105, Las Vegas, NV 89118. I spoke with Prestige Motors and obtained the rental agreement information for the dark colored GMC Yukon bearing California license plate 7RIV310. According to their records, the Yukon was rented to Jay Yang, who used California ID D7394721, and a credit card that later came back stolen to complete the transaction. Prestige Motors stated the reservation was made online by a third party website. The reservation was for the time period starting April 2, 2016, and ending April 5, 2016. Prestige Motors informed me the Yukon had GPS, which was activated on April 8, 2016, but was later disabled by an unknown party.

15. On April 12, 2016, I contacted Budget Truck Rental and obtained the rental information for the Budget rental truck bearing Oklahoma license plate 2QD483, used to fish from the collection box at Summerlin Post Office. The rental information came back to Jay Yang, who used California ID D7394721 to rent the truck. The rental agreement was for the period starting March 14, 2016, and ending March 16, 2016. Jay Yang used a Visa credit card ending in 4305 to pay for the rental.

16. On April 13, 2016, I obtained a vehicle detection report for the dark colored GMC Yukon bearing California license plate 7RIV310 through LEARN. LEARN is a commercial tool that indexes photographs, taken from the street through different means, of vehicle license plates, where, and when the photograph was obtained. The report revealed the dark colored GMC Yukon bearing California license plate 7RIV310 was parked in the area of Tenshaw Ave. Based on this information, I travelled to that area and observed the dark colored GMC Yukon bearing California license plate 7RIV310 parked outside of the residence at 7821 Tenshaw Ave, Las Vegas, NV 89145. The residence at 7821 Tenshaw Ave, Las Vegas, NV 89145 is located within a gated condominium complex.

17. On April 13, 2016, I conducted surveillance at 7821 Tenshaw Ave. and

observed the letter carrier delivering mail to the 7821 Tenshaw Ave. condominium complex. I spoke to the letter carrier and learned that an authorization to hold mail was being delivered to Jay Yang at 7821 Tenshaw Ave #103, Las Vegas, NV 89145. Upon contacting the home owners association (hereinafter "HOA") for the neighborhood I learned that Sid and Barbara Rosenberg are the listed owners and occupants of 7821 Tenshaw Ave #103, Las Vegas, NV 89145. The HOA does not have any renters listed at 7821 Tenshaw Ave #103 and according to the HOA by laws renters need to be reported.

18.     Additionally, on April 12, 2016, I observed the Budget Rental Truck bearing Oklahoma license plate 2QD483 parked across the street, outside the gated community containing 7821 Tenshaw Ave #103. I approached the Budget Rental Truck from the sidewalk and I observed fishing devices on the dashboard of the Budget Rental Truck while I stood on the sidewalk.

19.     On April 15, 2016, I obtained the NV Energy subscriber information for 7821 Tenshaw Ave #103, Las Vegas, NV 89145. The NV Energy subscriber information lists Jay Yang as the customer for that location with a social security number of 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. Based on a search of CLEAR I learned that the social security number associated with the NV Energy account is for a Jay Yang who is 73 years of age and living in California. This social security number does not match the suspect Jay Yang's actual social security number. CLEAR is a commercial database utilized by law enforcement that provides names, addresses, telephone numbers, and other personal identifying information.

20.     On April 19, 2016, the Budget Rental Truck bearing Oklahoma license plate 2QD483 was repossessed by Budget. Budget repossessed the vehicle due to the fact it has been missing since March 16, 2016, the scheduled return date. Budget attempted to contact Jay Yang to obtain the truck or payment but did not receive a response. The towing company allowed me to look into the cab of the truck, from the street, and I observed multiple devices known to be used for

fishing from collection boxes. After speaking with Budget, I learned their policy is to release property to the owner within 30 days of the vehicle being taken. After the 30 day period all the property must be thrown away.

21. On April 19, 2016, I discovered, by reviewing a Postal Service Form 1093, that Jay Yang used California ID D7394721 to rent a Post Office Box at 3375 S Rainbow Blvd. Las Vegas, NV 89146, Spring Valley Post Office. I obtained a copy of the rental agreement from the post office and noted Jay Yang listed his residential address as 7821 Tenshaw Ave Apt 103, Las Vegas, NV 89145. The rental agreement lists service dates of March 28, 2016 through June 30, 2016. The Jay Yang California ID D7394721 was also used to rent the dark colored GMC Yukon and Budget Truck.

22. On April 19, 2016, I spoke to Robert Rosenberg, son to Sid and Barbara Rosenberg, owners of 7821 Tenshaw Ave #103, Las Vegas, NV 89145. R. Rosenberg stated that S. Rosenberg still owns the Las Vegas property but has not resided there for some years. R. Rosenberg stated that he knows for a fact the property has not be rented to anyone. R. Rosenberg stated no one should be living at 7821 Tenshaw Ave #103, Las Vegas, NV 89145.

23. On April 25, 2016, Inspector Hudson attempted to deliver a package to 7821 Tenshaw Ave #103, Las Vegas, NV 89145 in order to identify who inhabits the premises. Other attempts to ascertain the individual who resides at 7821 Tenshaw Ave #103, Las Vegas, NV 89145 were unsuccessful due to the entrance of the unit being blocked from view by other buildings. Inspector Hudson approached 7821 Tenshaw Ave #103 and knocked on the door. A male answered the door and Inspector Hudson asked if John Daily was there. The male replied "I don't think so." Inspector Hudson then asked if he was Yang, the male replied "yes". Inspector Hudson asked if Yang was his first name and Yang replied "no, it is Jay Yang". Yang could not be seen because Yang never opened the screen security door. As Inspector Hudson was leaving, an Asian male

8

entered a white Chevrolet Caprice with no license plate. Inspector Hudson noted the Asian male followed him for approximately one mile

24. On April 29, 2016, Inspector Hudson and I were conducting surveillance of 7821 Tenshaw Ave, Las Vegas, NV 89145. The dark colored GMC Yukon bearing California license plate 7RIV310 was parked in the parking lot. The white Chevrolet Caprice, the same car from April 25, 2016, was also in the parking lot with Nevada license plate 546LLZ. Registration information for Nevada license plate 546LLZ came back to a 2000 Honda. While conducting surveillance the Asian male who followed Inspector Hudson on April 25, 2016, entered the white Chevrolet Caprice on April 29, 2016. I noted that the Asian male resembles Jay Yang from the California ID D7394721 picture.

25. I completed a criminal history check of Jay Yang, DOB 09-19-1988, CA ID D7394721. Yang is a convicted felon for: possession of drugs and drug paraphernalia, getting and using the credit of another, grand theft, using an ID with the intent to defraud, and probation violations. Yang currently has an active warrant out of California for identity theft.

26. One May 6, 2016, Postal Inspectors served a search warrant on the residence of 7821 Tenshaw Ave #103, Las Vegas, NV 89145. While making the residence safe four subjects were found in the residence, Jay Yang, Dustin Newman, Brittany Berry, and Tiffany Hauck. Items found during the execution of the search warrant include; numerous pieces of mail from Indurante & Associates, Inc. found under the bed in the room Jay Yang identified as residing in and having control over, a Phoenix Arms model HP22 .22LR pistol found in a safe in the closet of the bed room Jay Yang claimed control over, and a device known to be used for fishing from blue collection mailboxes found in the living room out in the open.

27. Continuing on May 6, 2016, Jay Yang was interviewed regarding the mail theft, pistol, and other occupants of the residence. After being provided his *Miranda* rights and

waiving said rights, Yang agreed to speak to law enforcement and admitted to fishing from collection boxes in the area and stated he used devices like that found in the living room. Yang stated he used rat traps, cardboard, and tape to make the devices. Yang specifically mentioned Summerlin Post Office being frequented to steal mail. Yang stated he could get into the collection boxes with the snorkels but not the collection boxes with just the pull down handle. Yang stated sometimes the snorkel boxes were so full he could reach his hand in and grab the mail. Yang admitted to check fraud to obtain money stating he could not get a job because of his criminal record. Yang stated that Newman has tried to fish from collection mailboxes but gotten the devices stuck. Yang also stated that Newman has possibly cashed checks. Yang admitted the pistol in the safe was his and that Yang bought the pistol from a gang member in California. Yang stated that he bought individual's profiles from a website called robocheck. Yang admitted to using one social security number from a profile bought from robocheck to activate the energy for the residence.

28. Based on the information contained in the Affidavit, I believe probable cause exists to establish that in the District of Nevada, Jay Yang did knowingly possess mail belonging to Indurante & Associates, Inc., in violation of Title 18 United States Code Section 1708 and Jay Yang did knowingly illegally possess a firearm in violation of Title 18 United States Code Section 922(g)(1) and 924(a)(2).

Justin Steele
U.S. Postal Inspector

SUBSCRIBED and SWORN to before me
this 9th day of May, 2016.

UNITED STATES MAGISTRATE JUDGE

10