RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Jay Yang

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-315-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (First Request) |
| JAY YANG, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Alexandra M. Michael, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Jay Yang, that the Preliminary Hearing currently scheduled on Monday, May 23, 2016 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, however no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      The defendant is detained but agrees with the continuance.

2.      Counsel for the defendant will require additional time to review and investigate discovery, and meet with the client to discuss the details prior to proceeding.

1

2       3.      Both parties agree to the continuance.

3       4.      Additionally, denial of this request for continuance could result in a miscarriage

4 of justice.

5       5.      The additional time requested by this stipulation is excludable in computing the

6 time within which the defendant must be indicted and the trial herein must commence pursuant

7 to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(8)(A), considering the factors under

8 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

9       This is the first request for continuance filed herein.

10      DATED this 16th day of May, 2016.

11

12 RENE L. VALLADARES          DANIEL G. BOGDEN
Federal Public Defender          United States Attorney

13

14     */s/ Rebecca A. Levy*               */s/ Alexandra M. Michael*
By_____    By_____

15 REBECCA A. LEVY           ALEXANDRA M. MICHAEL
Assistant Federal Public Defender     Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-315-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| JAY YANG, | |
| Defendant. | |

Based on the Stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on Monday, May 23, 2016 at the hour of 4:00 p.m., be vacated and continued to June 24, 2016 at 4:00 p.m.

DATED: May 18, 2016

_____
UNITED STATES MAGISTRATE JUDGE

3